IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| COREY GRIER; CHRISTOPHER RUSSELL; PATRICK E. CAIL; MARKETT MOORE; CEDRIC CALHOUN; ALBERT L. LANE; DURRELL MURPHY; MAURICE COLEMAN; DAVID MCMILLAN; FRANK MATHIS; RANDALL GLENN DAVIS, II; LORNE VERNAE STONE; ANTHONY W. CHERRY; ROBBIE V. FLOYD; RALPH CARTER; LEROY SANDERS; MONTAY STINSON; ADAM LEYS; TOMMY PICKERN; JEFFERY MCCLURE; DANNY SHAW; MARLIN LAWRENCE, Plaintiffs VS. HILTON HALL; MARY GORE Defendants | : | CIVIL ACTION NO.: 5:08-CV-177 (CAR) ORDER |

Twenty-two (22) plaintiffs, all inmates at the Georgia Diagnostic and Classifications Center in Jackson, Georgia, have filed a joint *pro se* complaint under 42 U.S.C. § 1983. Because plaintiffs have not paid the $350.00 filing fee, the Court assumes that they want to proceed *in forma pauperis*.

The Prison Litigation Reform Act of 1995 (the "PLRA") requires that a prisoner bringing a civil action *in forma pauperis* pay the full filing fee. 28 U.S.C. § 1915(b). The Eleventh Circuit Court of Appeals has held that prisoners proceeding *in forma pauperis* are not allowed to join together as plaintiffs in a single lawsuit. Each prisoner is required to file his own lawsuit and pay the full amount of the filing fee. **Hubbard v. Haley**, 262 F.3d 1194 (11th Cir. 2001). Prisoners may not join claims and thus pro-rate a single filing fee. As the Eleventh Circuit in **Hubbard** noted, requiring each plaintiff to pay the full filing fee is consistent with Congress's purpose of imposing

costs on prisoners to deter frivolous suits. *Id.* at 1197-98.

Applying this principle to the case at hand, plaintiffs' are not allowed to proceed *in forma pauperis* and this case is **DISMISSED**.[1] Dismissal is without prejudice and plaintiffs will be allowed to re-file their complaints separately, if they choose.

**SO ORDERED**, this 9th day of June, 2008.

                                           S/ C. Ashley Royal
                                           C. ASHLEY ROYAL
                                           UNITED STATES DISTRICT JUDGE

lnb

---

[1] As plaintiffs' case is dismissed, the pending motion to amend/correct (Doc. #3) and motion for protective order (Doc. #4) are **DISMISSED** as well.